IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**THERESA WENZEL,**

        Plaintiff,

-vs-

**LIFE INSURANCE COMPANY
OF NORTH AMERICA,**
a Pennsylvania corporation,

        Defendant.

Case No.   2:16-cv-12389

Hon. Gerald E. Rosen
Mag. Elizabeth A. Stafford

---

| | |
|---|---|
| CHARLES W. PALMER (P29271)<br>140 Elm Street<br>Wyandotte, MI  48192<br>(734) 284-5550<br>cpalmerpc@sbcglobal.net<br>*Attorney for Plaintiff* | DANIEL W. SRSIC (OH#0064177)<br>21 East State Street, 16th Floor<br>Columbus, OH 43215<br>(614) 463-4213<br>dsrsic@littler.com<br>MICHAEL A. CHICHESTER, JR. (P70823)<br>200 Renaissance Center, Suite 3110<br>Detroit, MI  48243<br>(313) 202-3254<br>mchichester@littler.com<br>*Attorneys for Defendant* |

---

**PLAINTIFF'S FIRST AMENDED COMPLAINT
AND DEMAND FOR JURY**

Plaintiff, Theresa Wenzel by and through her attorney, Charles W. Palmer, P.C., says as follows:

1.    Plaintiff is a resident of the City of Oxford, Oakland County, Michigan.

2.    Defendant Life Insurance Company of North America is a Pennsylvania corporation which is doing business in Oakland County, Michigan.

3.    This court has jurisdiction because of diversity of citizenship of the parties and the amount in controversy is greater than $75,000.00.  28 U.S.C. §1332.

1

4. Venue in this Court is appropriate because the actions complained of herein occurred in the Eastern District of Michigan, Southern Division.

5. Plaintiff was the beneficiary of a long-term disability contract with defendant Life Insurance Company of North America.

6. Defendant has denied plaintiff's administrative appeals of its decision denying long-term disability benefits.

7. Defendant's denial of Plaintiff's claim for long-term disability benefits is a breach of the insurance contract.

8. Plaintiff has been damaged by defendant's breach of contract and failure to pay her monthly long-term disability benefit.

9. Plaintiff's damages exceed $75,000.00.

WHEREFORE, plaintiff respectfully request this court entered judgment for plaintiff against defendant for damages, an amount which exceeds $75,000, plus any other relief this court deems equitable, just and proper.

Dated: October 20, 2016　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ *Charles W. Palmer*

　　　　　　　　　　　　　　　　　　　　CHARLES W. PALMER (P29271)
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　140 Elm Street
　　　　　　　　　　　　　　　　　　　　Wyandotte, MI 48192
　　　　　　　　　　　　　　　　　　　　(734) 284-5550
　　　　　　　　　　　　　　　　　　　　cpalmerpc@sbcglobal.net

## DEMAND FOR JURY TRIAL

Plaintiff, by and through her attorney, Charles W. Palmer, P.C., hereby demands a trial by jury in the above-entitled cause.

Dated:   October 20, 2016

Respectfully submitted,

/s/ *Charles W. Palmer*

CHARLES W. PALMER (P29271)
Attorney for Plaintiff
140 Elm Street
Wyandotte, MI  48192
(734) 284-5550
cpalmerpc@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2016, I electronically filed the foregoing document(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

DANIEL W. SRSIC
dsrsic@littler.com
MICHAEL A. CHICHESTER, JR.
mchichester@littler.com
Attorneys for Defendant

/s/ *Charles W. Palmer*

CHARLES W. PALMER  (P29271)
Attorney for Plaintiff
140 Elm Street
Wyandotte, MI  48192
cpalmerpc@sbcglobal.net