# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

THERESA WENZEL,

       Plaintiff,

  vs.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

       Defendant.

CASE NO. 2:16-CV-12389

HON. GEORGE CARAM STEEH

| | |
|---|---|
| CHARLES W. PALMER  (P29271)<br>**CHARLES W. PALMER P.C.**<br>140 Elm Street<br>Wyandotte, Michigan  48192<br>Telephone:   734.284.5550<br>Facsimile:    734.284.2515<br>cpalmerpc@sbcglobal.net<br><br>*Attorney for Plaintiff* | DANIEL W. SRSIC (OH #0064177)<br>**LITTLER MENDELSON, P.C.**<br>21 East State Street, 16th Floor<br>Columbus, Ohio 43215<br>Telephone:    614.463.4213<br>Facsimile:    614.573.9812<br>E-mail:      dsrsic@littler.com<br><br>MICHAEL A. CHICHESTER, JR. (P70823)<br>**LITTLER MENDELSON, P.C.**<br>200 Renaissance Center, Suite 3110<br>Detroit, Michigan  48243<br>Telephone:    313.202.3254<br>Facsimile:    313.446.6405<br>E-mail:      mchichester@littler.com<br><br>*Attorneys for Defendant* |

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

The parties having stipulated to the entry of an Order dismissing the case with prejudice, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the above-entitled cause **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

Dated: March 24, 2017            s/George Caram Steeh
                                 United States District Judge

**THE PARTIES HEREBY STIPULATE TO THE ENTRY OF THE ABOVE STIPULATED ORDER OF DISMISSAL WITH PREJUDICE.**

| Dated: **March 22, 2017** | Dated: **March 22, 2017** |
|---|---|
| **Attorney for Plaintiff** | **Attorney for Defendant** |
| */s/ Charles W. Palmer (with consent)* | */s/ Michael A. Chichester, Jr.* |
| Charles W. Palmer P.C. | Littler Mendelson, P.C. |
| 140 Elm Street | 200 Renaissance Center, Suite 3110 |
| Wyandotte, Michigan  48192 | Detroit, Michigan  48243 |
| 734.284.5550 | Telephone:   313.202.3254 |
| cpalmerpc@sbcglobal.net | mchichester@littler.com |
| P29271 | P70823 |

2